[No. 61078-3-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN CHAMPACO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09978-4, Michael Heavey, J., entered December 3, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 61092-9-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SURINDER SINGH KAHLON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-01249-2, Steven J. Mura, J., entered January 7, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61141-1-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMIRO RODRIGUEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09639-4, James D. Cayce, J., entered January 7, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 61174-7-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LAVELL DEMEATREOUS LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07223-0, Jeffrey M. Ramsdell, J., entered January 7, 2008. *Affirmed* by unpublished per curiam opinion.